UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO. 1:23CR-063 |
| FARHAN JAMI, | : JUDGE J. McFARLAND |
| Defendant. | : **INDICTMENT** |
| | : 18 U.S.C. §§ 844(i) and 2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

### (Malicious Destruction by Fire and Attempt)

On or about May 16, 2023, in the Southern District of Ohio and elsewhere, the defendant, **FARHAN JAMI,** did knowingly and maliciously damage and destroy, and attempted to do so, by means of fire and explosive materials, the vehicle and real property of Victims A, B, and C, located in Monroe, Ohio, and such property was used in interstate commerce and in activities that affect interstate commerce.

**In violation of 18 U.S.C. §§ 844(i) and 2.**

A TRUE BILL.

/S/
_____
FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
TIMOTHY S. MANGAN, 069287
ASSISTANT UNITED STATES ATTORNEY